UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT AGOS,**

    **Plaintiff,**                            Case No. 8:14-cv-02269-JDW-MAP

vs.

**MEDICAL BUSINESS CONSULTANTS, INC.,**

    **Defendant.**
_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, Medical Business Consultants, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own fees and costs.

DATED: January 28, 2015

| | |
|---|---|
| _/s/ Sean P. Cronin_ | /s/ Paul R. Fowkes |
| Sean P. Cronin, Esq. | Paul R. Fowkes, Esq. |
| Fla. Bar No. 0412023 | Fla. Bar No. 723886 |
| Stanton Cronin Law Group, P.L. | Disparti Fowkes & Hasanbasic, P.A. |
| 6944 W. Linebaugh Ave., Ste. 102 | 2154 Duck Slough Blvd., Suite 101 |
| Tampa, FL 33625 | Trinity, FL 34655 |
| (813) 444-0155 (Phone) | (813) 221-0500 (Phone) |
| (813) 422-7955 (Fax) | (727) 943-3203 (Fax) |
| Attorneys for Defendant | Attorneys for Plaintiff |